RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 30 2014
Abel Acosta, Clerk

13,573-08

Mr. Maurice Mitchell, Pro-se
Specialized Legal technician
Southern Career Institute
Paralegal School of 'arts' & 'Scinece'
[P]aralegal No# P-7g-9169-Z
William J. Estelle Unit, TDCJ, I-D
TDCJ, I-D No# 648121
264 F.M. 3478
Huntsville, Texas 777320

December 15, 2014

TO THE CLERK
TEXAS COURT OF CRIMINAL APPEALS
P. O. Box 12308, Capitol station
Austin, Texas
            78711-2308

Hon; Chris Daniel, Clerk
179TH Criminal District court
1201 Franklin St
Houston, Texas
            77210

RE: MAURICE MITCHELL V. STATE
    ON APPLICATION FOR WRIT OF HABEAS CORPUS


Dear Mr. Daniel & Court of Criminal appeals clerk,

    Please be advised, I am in a precarious situation whereas TDCJ officials have locked me in a cell on G-5 status, CLOSE CUSTODY, [AFTER] I was without provocation) assaulted by a SERGEANT; JASON WILLIAMS, out of retaliation for filing grievances, on his co-workers. The false disciplinary case for which I was sent to close custody, case number [2001500007887] was OVERTURNED on grievance no# [2015013118] on NOVEMBER 13, 2014 but YET, I'm STILL on close custody, because they have compiled ANOTHER THREE [3] false cases on me just in case, I have one OVERTURNED. A Second one case # 200150027471] was also OVERTURNED.

    As of December 08, 2014 ALL LAW LIBRARY STAFF, those who handle indigent supplies (I am indigent), are refusing to provide me with typing paper, and has even confiscated the indigent supply envelope, used for mailings, so that I CAN NOT USE THE MAIL.

    These DENIALS, have been going on since SEPTEMBER 29, 2014, and have INTENSIFIED.

    My Present concern is that on OCTOBER 20, 2014 I filed in the convicting courtmy Application for habeas corpus relief cause number 662,120[C]. On November 06, 2014 THE STATE thru Mr. ANDREW J. SMITH gave it's ORIGINAL ANSWER, and PROPOSED FINDINGS OF FACTS & CONCLUSION of law recommending that relief be denied, Asserting that applicant failed to satisfy article 11.07 4(I), that the factual and legal basis of the claim was unavailable when the first application was filed.

- 1 -

notice;

BEFORE, the trial court, compiled IT"S FINDINGS OF FACTS AND CONCLUSION

OF LAW, and forwarded all documents to the Court of Criminal appeals, [A]p-
plicant submitted the following for consideration by the trial court;

(i). APPLICANT'S MEMORANDUM OF LAW IN SUPPORT OF HABEAS CORPUS filed
NOVEMBER 04, 2014 . NOTICE: THIS MEMORANDUM EXPLAINS THE STATE IMPEDIMENTS
PLACED UPON APPLICANT, which effectively prevents him from presenting
his claims earlier, and even NOW.
(ii). APPLICANT'S PROPOSED FINDINGS OF FACTS & CONCLUSION OF LAW,
with BRIEF IN SUPPORT, Dated: NOVEMBER 13, 2014. The letter to the
CLERK ecplained that applicant was UNABLE TO SERVE A COPY UPON THE
District Attorney's office [IMPEDIMENTS], and asked Mr. Smith to retriave
a copy from the clerk's files;
(iii). APPLICANT'S NON-SUPERSEDING APPLICATION FOR WRIT OF HABEAS CORPUS,
AMENDMENT TO THE ORIGINAL, along with;
(iv). APPLICANT'S MEMORANDUM OF LAW IS SUPPORT OF APPLICANT'S AMENDED
AND NON-SUPERSEDING APPLICATION FOR WRIT OF HABEAS CORPUS, dated:
NOVEMBER 18, 2014.

Thus, applicant submitted FOUR [4] MORE documents to be considered
by the Trial court PRIOR, to transferring the application to the court
of Criminal appeals for final disposition.

The NOVEMBER 18, 2014 letter to the clerk, AGAIN explained that appli-
cant simply was not able to provide a copy of the documents to the Asst;
District Attorney, and asked [HIM] to obtain a copy froma the Clerk's files.

Today is now DECEMBER 15, 2014, and the clerk's office HAS NOT ACKNOWLEDG-
ED RECEIPT of documents (1) thru (iv) above, nor has he indicated that
those crucial documents will be forwarded to the TEXAS COURT OF CRIMINAL
APPELAS for consideration along with applicant's ORIGINAL FILINGS???

Dear Mr. Daniel, Please respond. DID YOU FORWARD THOSE DOCUMENTS TO
the TEXAS COURT OF CRIMINAL APPEALS for consideration??? NOTICE: THE COURT"S ORDER TO
TRANSFER THE DOCUMENTS TO THE [CCA] DID NOT REACH APPLICANT UNTIL NOVEMBER 20, 2014 dated; 11/12/14.
TO the clerk of the Court of Criminal Appeals, Please ACKNOWLEDGE,
[ACKNOWLEDGE], whether or not your office RECEIVED, the documents named above
in conjunction with, applicant's OCTOBER 20, 2014 APPLICATION FOR HABEAS
CORPUS RELIEF, filed in the trial court.

If [I] do not receive any reply from Houston or Austin on or before
January 05, 2014 I will assume the documents were not forwarded, and I must
compile yet [ANOTHER] set of documents and forward them myself to the court
of criminal appeals.
Please respond forthwith.

Respectfully: _Maurice Mitchell_ 37 37
Mr. Maurice Mitchell

cc/files

- 2 -